UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LISA SHULMAN**<br><br>        PLAINTIFF<br><br>v.<br><br>**DARO REALTY, LLC,** *et al.*,<br><br>        DEFENDANTS. | **CASE NO.: 1:22-CV-03360-JDB** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between counsel for Defendants Daro Realty, LLC; Daro Management Services, LLC; Infinity Real Estate, LLC; Carissa Barry; Steven Kassin; and Jared Engel and Plaintiff Lisa Shulman, in the above-referenced case pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that in the above-referenced case all claims are hereby dismissed with prejudice by agreement, each party to bear its own fees and costs.

Respectfully submitted,

/s/ *Channing L. Shor*
Justin M. Flint (#491782)
Channing L. Shor (#1024861)
ECCLESTON & WOLF, P.C.
1629 K Street, N.W., Suite 260
Washington, D.C. 20006
(202) 857-1696 (Tel)
(202) 857-0762 (Fax)
flint@ewdc.com
shor@ewdc.com
*Counsel for Defendants Daro Realty, LLC; Daro Management Services, LLC; Infinity Real Estate, LLC; Carissa Barry; Steven Kassin; and Jared Engel*

/s/ *Shari Kleiner* (signed with authorization)
Shari Kleiner (#1029375)
Kleiner Feldman Plotkin, PLLC
5614 Connecticut Ave. NW # 107
Washington, DC 20015
(617) 470-9773
shari@kleinerfeldmanlaw.com
*Counsel for Plaintiff Lisa Shulman*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day of April 11, 2023, a copy of the foregoing Stipulation of Dismissal with Prejudice was served via CM/ECF to:

>Shari G. Kleiner
>Kleiner Feldman Plotkin, PLLC
>5614 Connecticut Avenue NW, Ste. 107
>Washington, DC 20015
>*Counsel for Plaintiff Lisa Shulman*

/s/  *Channing L. Shor*
Channing L. Shor (#1024861)